IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN W. MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11 C 6300 ) |
| ROOSEVELT UNIVERSITY, | ) ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

In consequence of the untimely death of this Court's friend and colleague Honorable William Hibbler, Judge Hibbler's calendar has been redistributed among the other judges of this District Court on a computer-generated basis, and that has brought this action to this Court's calendar. This memorandum order is occasioned by this Court's review of the docket and its receipt of a proposed Second Amended Complaint ("SAC") filed by pro se plaintiff John Miller ("Miller") against Roosevelt University ("Roosevelt").

This Court's consistent approach to motions by pro se litigants who seek the appointment of pro bono counsel to represent them differs -- at least in this case -- from Judge Hibbler's view, as reflected in his September 16, 2011 minute order (Dkt. 6) that denied Miller's motion for such assistance. In this Court's view everyone -- certainly the plaintiff, and almost certainly the defendant and this Court -- is most often

better served by a litigation posture in which lawyers talk to lawyers and to the court in language that they share, rather than having a non-lawyer attempt to cope with the intricacies that typically attend federal litigation.

That mindset has been confirmed dramatically in this case: Miller's proposed SAC comprises 227 paragraphs that occupy fully 44 pages and that set out no fewer than six counts, each asserting its own theory of recovery. As might be guessed from the prolixity of that proposed pleading, it is chock-full of evidence that is at odds with the "short and plain statement" that Fed. R. Civ. P. 8(a)(2) calls for in complaints.

Accordingly this Court grants Miller's originally filed motion for the appointment of counsel and has obtained the name of this member of the trial bar to represent him:

> David G. Lynch
> DLA Piper US LLP IL
> 203 North LaSalle Street
> 20th Floor
> Chicago, IL 60601
> (312) 368-8381
> Email: david.lynch@dlapiper.com

Because Judge Hibbler had previously set a next status date for May 9, 2012, this Court will retain that date (but at 9 rather than 9:30 a.m.), with the understanding that as soon as appointed counsel has had the opportunity to review Miller's pro se effort at an SAC and has conferred with Miller about his claim or claims, counsel may notice up an earlier motion to discuss his

filing of an appropriate SAC and to set a responsive pleading date for Roosevelt.

>                               _____
>                               Milton I. Shadur
>                               Senior United States District Judge

Date:  March 29, 2012